IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPERCUBE LLC, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-822-GMS |
| | ) | |
| QWEST COMMUNICATIONS CORPORATION, | ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Qwest Communications Corporation's time to move, answer, or otherwise respond to the Complaint is hereby extended through and including January 22, 2008. The requested extension is required because of the schedule of counsel and the intervening holidays between the date of service of the complaint and the response date provided for under Fed. R. Civ. P. 4.

/s/Richard L. Horwitz
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza - 6th Floor
Wilmington, DE 19899
302-984-6000
*Attorneys for HyperCube, LLC
and KMC Data LLC*

Dated: December 31, 2007

/s/Jeffrey L. Moyer
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendant
Qwest Communications Corporation*

Dated: December 31, 2007

IT IS SO ORDERED this _____ day of December, 2007.

_____
The Hon. Gregory M. Sleet

RLF1-3239262-1