IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HyperCube LLC and KMC Data LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Qwest Communications Corporation )<br>)<br>Defendant. )<br>) | C. A. No. 07-822-GMS |

## DEFENDANT'S MOTION TO TRANSFER PROCEEDING
## TO THE DISTRICT OF COLORADO PURSUANT TO 28 U.S.C. §1404(a)

Defendant Qwest Communications Corporation ("Qwest"), by and through its undersigned counsel and pursuant to 28 U.S.C. §1404(a), hereby moves this Court for an Order, in a form substantially similar to the proposed order attached hereto, to transfer the above-captioned action to the United States District Court for the District of Colorado. The grounds for this motion are set forth in Defendant's Opening Brief In Support of Its Motion to Transfer Proceeding to Colorado Pursuant to 28 U.S.C. §1404 and the Declarations of Derek Canfield and Amy L. Benson, filed contemporaneously herewith. Along with the instant Motion, Qwest is simultaneously filing a Motion to Stay this Proceeding Pending Resolution of a Parallel State Court Proceeding and a Motion to Dismiss Counts II, III, IV and V of Plaintiffs' Complaint with prejudice for failing to state a claim upon which relief may be granted. Qwest respectfully requests that the Court decide this Motion to Transfer this case to Colorado before deciding the Motion to Dismiss or the Motion to Stay.

|  |  |
|---|---|
| Of Counsel:<br>Timothy R. Beyer<br>Amy L. Benson<br>Lauren E. Schmidt<br>Brownstein Hyatt Farber Schreck, P.C.<br>410 Seventeenth Street, 22nd Floor<br>Denver, CO  80202-4437<br>Telephone: 303-223-1100 | /s/ *signature*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant<br>Qwest Communications Corporation |

Dated: January 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

Jeffrey L. Moyer (#3309)
moyer@rlf.com

RLF1-3245596-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HyperCube LLC and KMC Data LLC </br></br> Plaintiffs, </br></br> v. </br></br> Qwest Communications Corporation </br></br> Defendant. | ) </br> ) </br> ) </br> )  C. A. No. 07-822-GMS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER

The Court, having considered Defendant's Motion to Transfer the Proceeding to the District of Colorado Pursuant to 28 U.S.C. §1404 (the "Motion") and the briefing and argument related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the Motion is GRANTED.

_____
United States District Judge

RLF1-3245596-1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned counsel hereby certifies that he has consulted with counsel for Plaintiff and has confirmed that the Plaintiff will not consent to the relief sought by the instant Motion.

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com