IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYPERCUBE, LLC and KMC DATA, LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                            ) | C.A. No. 07-822-GMS |
| ) | |
| QWEST COMMUNICATIONS    ) | **JURY TRIAL DEMANDED** |
| CORPORATION,                  ) | |
| ) | |
| Defendant.   ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Plaintiffs' time to Reply to Defendant's Motion to Stay Federal Proceedings Pending Resolution of Parallel State Court Action (D.I. 6), Defendant's Motion to Transfer Case to United States District Court for the District of Colorado (D.I. 8), and Defendant's Motion to Dismiss Counts II, III, IV, and V of the Complaint (D.I. 10) in this action is extended from February 8, 2008 to February 15, 2008.

The reasons for this extension are the following: (1) Plaintiffs require additional time to investigate and consider the arguments raised in Defendant's Motions; (2) Plaintiffs have received no prior extensions of time within which to file their Answering Briefs; and (3) this extension should not disrupt the schedule in the case, as there has been no initial conference with the Court, and there is no Scheduling Order in place at this time.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: /s/ Jeffrey L. Moyer<br>Frederick Cotrell (#2555)<br>Jeffrey L. Moyer (#3309)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>moyer@rlf.com |
| *Attorneys for Plaintiffs*<br>*HyperCube, LLC and KMC Data, LLC* | *Attorneys for Defendant*<br>*Qwest Communications Corporation* |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

846576 / 32559