IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPERCUBE LLC, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-822-GMS |
| | ) | |
| QWEST COMMUNICATIONS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Qwest Communications Corporation's time to file its reply briefs in support of its Motion to Stay (D.I. #6), its Motion to Transfer (D.I. #8) and its Motion to Dismiss (D.I. #10) is hereby extended from February 28, 2008 through and including March 6, 2008.

The reasons for this extension are the following: (1) Defendant requires additional time to investigate and consider the arguments raised in response to the Motions; (2) Defendant has received no prior extensions of time within which to file its Reply Briefs; and (3) this extension should not disrupt the schedule in the case, as there has been no initial conference with the Court, and there is no Scheduling Order in place at this time.

RLF1-3255579-1

| | |
|---|---|
| /s/David E. Moore | /s/Jeffrey L. Moyer |
| Richard L. Horwitz (#2246) | Frederick L. Cottrell, III (#2555) |
| rhorwitz@potteranderson.com | cottrell@rlf.com |
| David E. Moore (#3983) | Jeffrey L. Moyer (#3309) |
| dmoore@potteranderson.com | moyer@rlf.com |
| Potter Anderson & Corroon LLP | Richards, Layton & Finger, P.A. |
| 1313 N. Market Street | One Rodney Square |
| Hercules Plaza - 6th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19899 | 302-651-7700 |
| 302-984-6000 | *Attorneys for Defendant* |
| *Attorneys for HyperCube, LLC* | *Qwest Communications Corporation* |
| *and KMC Data LLC* | |
| Dated: February 21, 2008 | Dated: February 21, 2008 |

IT IS SO ORDERED this _____ day of February, 2008.

_____
The Hon. Gregory M. Sleet