IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYPERCUBE, LLC and KMC DATA, LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 07-822-GMS |
| ) | |
| QWEST COMMUNICATIONS ) | **JURY TRIAL DEMANDED** |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Plaintiffs HyperCube, LLC and KMC Data, LLC and Defendant Qwest Communications Corporation (collectively, the "Parties") have settled the above-captioned action. Subject to the approval of the Court, the Parties hereby stipulate through their undersigned counsel of record to dismiss the current action pursuant Fed. R. Civ. P. 41(a)(1)(ii) as follows:

1. The Parties agree to dismissal of the action with prejudice.

2. Each Party shall bear its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court dismiss this action with prejudice.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ Richard L. Horwitz |
| | Richard L. Horwitz (#2246) |
| Ky E. Kirby | David E. Moore (#3983) |
| Jonathan S. Frankel | Hercules Plaza, 6th Floor |
| Frank Lamancusa | 1313 N. Market Street |
| Randall M. Levine | Wilmington, DE 19899 |
| BINHGAM MCCUTCHEN LLP | Tel: (302) 984-6000 |
| 2020 K Street, NW | rhorwitz@potteranderson.com |
| Washington, DC 20006 | dmoore@potteranderson.com |
| Tel: (202) 373-6000 | |
| | *Attorneys for Plaintiffs* |
| | *HyperCube, LLC and KMC Data, LLC* |
| | |
| | RICHARDS, LAYTON & FINGER, P.A. |
| OF COUNSEL: | |
| | By: /s/ Jeffrey L. Moyer |
| Timothy R. Beyer | Frederick L. Cottrell, III (#2555) |
| Amy L. Benson | Jeffrey L. Moyer (#3309) |
| Lauren E. Schmidt | One Rodney Square |
| BROWNSTEIN HYATT FARBER | 920 North King Street |
| SCHRECK, LLP | Wilmington, DE 19801 |
| 410 17th Street, Suite 2200 | Tel: (302) 651-7700 |
| Denver, CO 80202-4437 | cottrell@rlf.com |
| Tel.: (303) 223-1100 | moyer@rlf.com |
| | |
| | *Attorneys for Defendant* |
| | *Qwest Communications Corporation* |
| 866962 / 32559 | |

IT IS SO ORDERED this _____ day of _____, 2008

_____
U.S.D.C.J.